1 | KEVIN V. RYAN, SBN 118321
United States Attorney
2 | JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
SARA WINSLOW, DCBN 457643
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7260
Facsimile: (415) 436-7169
7

Attorneys for Defendant

8

E-Filing

FILED

JUL 1 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | CARMEN GRIFFITH,                    )
                                       )
13 |          Plaintiff,                )   CIVIL NO.  02-02431 VRW
                                       )
14 |          v.                        )   STIPULATION AND ORDER
                                       )   APPROVING COMPROMISE
15 | JO ANNE B. BARNHART,               )   SETTLEMENT OF ATTORNEY
     Commissioner of Social Security,  )   FEES PURSUANT TO THE EQUAL
16 |                                    )   ACCESS TO JUSTICE ACT
             Defendant.                )
17 | _____ )

18 |        The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with

19 | defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned

20 | counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

21 |        1.  Defendant shall pay FOUR THOUSAND FIVE HUNDRED DOLLARS ($4,500.00),

22 | pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action. [1]

23 | The check is to be payable to plaintiff's counsel:

24 | Manuel D. Serpa
Binder & Binder
25 | 1901 E. 4th St., Suite 310
Santa Ana, CA 92705
26 | (714) 564-8640, fax:  8641

27 |        2.  This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not

28 | constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

---

1/.  This amount includes costs.

1  Act.

2      3. Payment of the FOUR THOUSAND FIVE HUNDRED DOLLARS ($4,500.00) EAJA

3  fees incurred in this court action, will constitute a complete release from and bar to any and all

4  claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the

5  EAJA as a result of this court action.

6

7

8  Dated: 6/22/05

9                                            MANUEL D. SERPA
                                             Attorney for Plaintiff
10

11                                           KEVIN V. RYAN
                                             United States Attorney
12

13

14  Dated: 6/24/05        By: _____
15                            SARA WINSLOW
                             Assistant United States Attorney
16

17  PURSUANT TO STIPULATION, IT IS SO ORDERED:

18

19

20

21  Dated: 7/12/2005

22                                           VAUGHN R. WALKER
                                             United States District Judge
23

24

25

26

27

28

GRIFFITH, EAJA STIP (jnc)
C 02-02431 VRW                          2